COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:     01-13-00103-CR

Style:     O.D. VanDuren

**v** The State of Texas

Date motion filed:     September 9, 2013

Type of motion:     Motion to Supplement Record

Party filing motion:     Appellant

Document to be filed:     Supplemental Reporter's Record or Information Sheet

Ordered that motion is:

☐     Granted

If document is to be filed, document due:

☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

☑     Other:

On September 9, 2013, appellant filed his "Motion Relating to Informalities in the Record" requesting inclusion of various items in supplements to the record. Appellant's motion is **granted in part and denied in part.**

The Court orders the court reporter to file, within 21 days of this order, either (1) a supplemental reporter's record containing "[t]ranscripts of hearings on motions to withdraw filed by attorneys Ruth Burton and Mark Lipkin" or (2) an information sheet certifying that no such records exist. All other requests by appellant to supplement the record are **denied**.

Judge's signature:/s/ Justice Jane Bland

☑ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: February 20, 2014

November 7, 2008 Revision